IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONILLA-SANTIAGO, et al., | ) CASE NO. 1:20-cv-02524-TSC |
| Plaintiffs, | ) |
| v. | ) |
| BLB PRIVATIZED HOUSING, LLC, et al., | ) |
| Defendants. | ) |

**Certificate Required by LCvR 26.1 of the Local Rules of the
United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Defendant Hunt Companies, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Hunt Companies, Inc. which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted this 17th day of November 2020.

/s/ Laura B. LoBue
Laura B. LoBue (DC Bar # 977936)
Jeffrey A. Knight (DC Bar # 460172)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 17th Street, NW
Washington, DC  20036
Tel: (202) 663-8000
Fax: (202) 663-8007
laura.lobue@pillsburylaw.com
jeffrey.knight@pillsburylaw.com

*Counsel for Defendants*