UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **OBED E. BONILLA-SANTIAGO**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BLB PRIVATIZED HOUSING, LLC** *d/b/a* **HUNT MILITARY COMMUNITIES** *d/b/a as* **BOLLING FAMILY HOUSING**, *et al.*, <br><br> Defendants. | Civil Action No. 20-cv-2524 (TSC) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 31, Defendants' Motion to Dismiss, ECF No. 25 is hereby GRANTED in part and DENIED in part. The motion is granted without prejudice as to Count 2 (Negligent Repair), Count 6 (Negligent Misrepresentation), Count 7 (Intentional Misrepresentation and Fraud), Count 8 (Constructive Eviction) and Defendant Hunt HM Shared Services, LCC.

The motion is granted with prejudice as to Count 5 (Violation of the District of Columbia Consumer Procedure Protection Act).

In all other respects the motion is denied.

Date: March 31, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge