**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BONILLA-SANTIAGO, et al., | |
| Plaintiffs | |
| v. | Civil Action No. 1:20-cv-02524 (TSC) |
| BLB PRIVATIZED HOUSING, LLC, et al., | |
| Defendants. | |

**DECLARATION OF LAURA LOBUE IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Laura LoBue, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at Pillsbury Winthrop Shaw Pittman LLP.

2.      I make this Declaration in support of the Motion for Summary Judgment jointly filed by the Defendants in the above-captioned case and have personal knowledge of the information contained herein.

3.      On November 10, 2022, the Plaintiffs took the Rule 30(b)(6) deposition of the Defendants through their designee, Justin Tran ("Tran Deposition").  Attached as **Exhibit 1** hereto is a true and correct copy of excerpts from the transcript of the Tran Deposition.

4.      Exhibit 2 is intentionally omitted.

5.      Attached as **Exhibit 3** hereto is a true and correct copy of Exhibit 5 to the Tran Deposition, which Mr. Tran identified as a quarterly preventative maintenance spreadsheet.  *See* Ex. 1 hereto at 47:18-48:5.

6.      On January 16, 2023, I took the deposition of Plaintiff Obed Bonilla-Santiago ("Sgt. Bonilla-Santiago Deposition"). Attached as **Exhibit 4** hereto is a true and correct copy of

Exhibit 17 to Sgt. Bonilla-Santiago Deposition, with redactions of personal identifying information pursuant to Local Rule 5.4(f). Sgt. Bonilla-Santiago identified this document as a copy of a lease agreement that he had marked up with highlighting. *See* Ex. 5 hereto at 34:22-37:14.

7.      Attached as **Exhibit 5** hereto is a true and correct copy of excerpts from the transcript of the Sgt. Bonilla-Santiago Deposition, with redactions of personal identifying information pursuant to Local Rule 5.4(f).

8.      Attached as **Exhibit 6** hereto is a true and correct copy of Exhibit 18 to the Sgt. Bonilla-Santiago Deposition. Sgt. Bonilla-Santiago identified this document as resident guidelines that were referenced in his lease. *See* Ex. 5 hereto at 39:10-18.

9.      On January 17, 2023, I took the deposition of Plaintiff Daynara Bonilla ("D. Bonilla Deposition"). Attached as **Exhibit 7** hereto is a true and correct copy of excerpts from the transcript of the D. Bonilla Deposition, with redactions of personal identifying information pursuant to Local Rule 5.4(f).

10.     Exhibit 8 is intentionally omitted.

11.     Attached as **Exhibit 9** hereto is a true and correct copy of Plaintiff's Rule 26(a)(1) Initial Disclosures in this matter, dated May 25, 2022.

12.     Attached as **Exhibit 10** hereto is a true and correct copy of Plaintiff's Supplemental Rule 26(a)(1) Initial Disclosures in this matter, dated August 12, 2022.

13.     Attached as **Exhibit 11** hereto is a true and correct copy of Obed Bonilla-Santiago's Responses to Defendant's First Set of Requests for Admissions in this matter, dated November 16, 2022.

14.     Attached as **Exhibit 12** hereto is a true and correct copy of Dayanara Bonilla's Responses to Defendant's First Set of Requests for Admissions in this matter, dated November 16, 2022.

15.     Attached as **Exhibit 13** hereto is a true and correct copy of Minor Child A.B.'s Responses to Defendant's First Set of Requests for Admissions in this matter, dated November 16, 2022.

16.     Attached as **Exhibit 14** hereto is a true and correct copy of Minor Child K.B.'s Responses to Defendant's First Set of Requests for Admissions in this matter, dated November 16, 2022.

17.     On January 16, 2023, I took the deposition of Plaintiff Minor Child A.B. ("A.B. Deposition"). Attached as **Exhibit 15** hereto is a true and correct copy of excerpts from the transcript of the A.B. Deposition, with redactions of personal identifying information pursuant to Local Rule 5.4(f).

18.     Attached as **Exhibit 16** hereto is a true and correct copy of Minor Child A.B.'s Responses to Defendant's First Set of Interrogatories in this matter, dated November 29, 2022.

19.     Attached as **Exhibit 17** is a true and correct copy of Dayanara Bonilla's Responses to Defendant's First Set of Interrogatories in this matter, dated August 23, 2022, with redactions of personal identifying information pursuant to Local Rule 5.4(f).

20.     Attached as **Exhibit 18** hereto are true and correct copies of the Expert Witness Disclosure and Expert Reports of William L. Goodfellow, Jr. and William Davies, Ph.D. (Exponent), dated October 14, 2022. Plaintiffs have not taken the depositions of Defendants' experts.

21.     Plaintiffs have not disclosed any expert to testify on any aspect of their damages, any medical expert, or any expert who could verify the allegation that Plaintiffs have suffered mental anguish and distress as a result of being exposed to rodents for a brief period.

22.     Despite having sued three corporate affiliates of BLB Privatized Housing LLC, Plaintiffs did not pursue discovery of evidence that might support claims against those affiliate defendants. Plaintiffs served only four document requests, seeking (1) communications between Plaintiffs and Defendants, (2) logs of those communications, (3) work orders related to pest control and/or infestation at the Residence, and (4) written communications between Military officials related to pest control and/or infestation from 2014-2019. Plaintiffs served no interrogatories.

*   *   *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: March 30, 2023                    By: _Laura LoBue_____
                                             Laura LoBue